that was a fact; but, if so, defendant should have been allowed to prove that deceased knew of this fact. If he did, he either assumed the risk, or was guilty of contributory negligence, or both. The importance of this is apparent when we consider the court's charge at folios 243–246. He also dissents on the ground that defendant should have been allowed to cross-examine the witness Grace freely (see folios 226, 227). With him JENKS, P. J., concurs.

DUFFY, Appellant, v. NORTHERN CENT. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by John F. Duffy, as administrator, etc., against the Northern Central Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re DUFFY'S WILL. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of a paper writing propounded as the last will and testament of Margaret Duffy, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

DUNDEE NAT. BANK, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by the Dundee National Bank against John J. Murphy. No opinion. Judgment and order affirmed, with costs.

DUNSTON, Respondent, v. INTERNATION-AL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) Action by Laura D. Dunston against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

DUSENBURY, Respondent, v. AMERICAN METER CO., Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Henry Dusenbury against the American Meter Company. J. F. Mahan, of New York City, for appellant. R. Thorne, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EAGAN, Respondent, v. THOMPSON-STARRETT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Ruth A. Eagan against the Thompson-Starrett Company. J. J. Mahoney, of New York City, for appellant. J. C. Robinson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DZUBAK, Appellant, v. WEST SIDE FOUNDRY CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Action by George Dzubak against the West Side Foundry Company. No opinion. Motion denied. See, also, 163 App. Div. 121, 148 N. Y. Supp. 403.

EBLING BREWING CO., Appellant, v. FUSCO, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by the Ebling Brewing Company against Guiseppe Fusco. J. A. Bernstein, of New York City, for appellant. H. Herz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re ECKERT. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of Thomas T. Eckert, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EDWARDS v. F. W. CARLIN CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by John H. Edwards against the F. W. Carlin Company. No opinion. Motion granted, with $10 costs. Order filed.

EHRICH, Respondent, v. LOCKHART, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Samuel W. Ehrich against Henry Lockhart, Jr. F. L. Crocker, of New York City, for appellant. A. Benedict, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

EILAU, Respondent, v. EILAU et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by David Eilau against Henrietta Eilau and another. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of McKinley v. Hassen, 202 N. Y. 24, 95 N. E. 32.

ELDRED v. KEENAN. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Carrie A. Eldred against Maria Keenan and James Keenan. No opinion. Order of the County Court of Queens County reversed, with $10 costs and disbursements, and the motion on the pleadings for judgment for the dismissal of the complaint, with costs, granted, with $10 costs of the motion, on the authority of Eldred v. Keenan, 149 N. Y. Supp. 376, decided herewith.